UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **JS-6**

| Case No. | CV 20-2853 PSG (Ex) | Date | May 6, 2020 |
|---|---|---|---|
| Title | Rui Almeida et al v. FCA US LLC, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   **The Court GRANTS the motion to remand**

On February 19, 2020, Plaintiffs Rui Almeida and Melanie Almeida ("Plaintiffs") initiated this action in Los Angeles County Superior Court, alleging breach of implied and express warranty, among other things. *See Complaint*, Dkt. # 1-2, Ex. A ("*Compl.*"). On March 26, 2020, the action was removed to this Court on the basis of diversity of citizenship. *See Notice of Removal*, Dkt. # 1 ("*NOR*"). Plaintiffs now move to remand the action arguing, among other things, that the amount in controversy requirement is not met and that Defendant Fremont is not a "sham" defendant destroying complete diversity of citizenship. *See* Dkt. # 13 ("*Mot.*"). Defendants FCA US, LLC and DGDG 13, LLC d/b/a Fremont Chrysler Dodge Jeep Ram ("Defendants") filed a notice of non-opposition to Plaintiff's motion to remand. *See* Dkt. # 14. Accordingly, the Court **GRANTS** the motion to remand and **REMANDS** the action to Los Angeles County Superior Court.

   **IT IS SO ORDERED**.